# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Walker, | No. CV-20-00429-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Lowe's Home Improvement LLC, | |
| Defendant. | |

     Plaintiff Janice Walker ("Plaintiff") brings this action against Lowe's Home Improvement, LLC, ("Defendant") pursuant to Title III of the Americans with Disabilities Act ("ADA"), the Arizonans with Disabilities Act ("AzDA"), and Arizona law. (Doc. 1.) Plaintiff was previously granted leave to proceed *in forma pauperis* and her Complaint was screened and dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2). (Doc. 8.) Plaintiff was given leave to file her first amended complaint ("FAC") by April 1, 2021, which she did. (Doc. 11). On May 18, 2021, the Court screened Plaintiff's FAC pursuant to 28 U.S.C. §1915(e)(2). (Doc. 13.) The Court ordered the FAC to proceed in part and provided Plaintiff leave to amend the FAC as to the dismissed claims. (*Id.*)

     Pending before the Court is Plaintiff's Motion to Dismiss ("Motion") (Doc. 14), which the Court will construe as a notice of voluntary dismissal.

     Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides in relevant part that a "plaintiff may dismiss an action without a court order by filing: a notice of dismissal

before the opposing party serves either an answer or a motion for summary[.]" The Court will construe the Motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment. To the extent that Plaintiff seeks dismissal in her motion, the motion is construed as a notice of voluntary dismissal.

**IT IS ORDERED:**

1. The Court construes Plaintiff's Motion to Dismiss (Doc. 14) as a notice of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.
2. The Clerk of the Court must enter a judgement of dismissal of this action without prejudice.

Dated this 22nd day of June, 2021.

_____
Honorable John C. Hinderaker
United States District Judge